UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP S. STENGER,

          No. 14-10999

    Plaintiff,

          District Judge Mark A. Goldsmith

v.

          Magistrate Judge R. Steven Whalen

David Keith Freeman, *et. al.*,

    Defendants.

_____/

**ORDER**

    Before the Court is Plaintiff's Motion to Strike Answers of CI Solar Solutions, Inc. and Jedburgh Group International, Inc. [Doc. #13].

    On April 1, 2014, individual Defendant David Keith Freeman filed a *pro se* answer to the complaint on behalf of both himself and Jedburgh Group International, Inc. ("Jedgurgh") [Doc. #9]. On April 2, 2014, individual Defendant Dale W. Toler filed a *pro se* answer to the complaint on behalf of both himself and CI Solar Solutions, Inc. ("CI Solar") [Doc. #8].

    A corporation may not litigate in court *pro se*, nor may a non-lawyer officer or shareholder appear on behalf of a corporation. *See Rowland v. Cal. Men's Colony,* 506 U.S. 194, 201–02, 113 S.Ct. 716, 121 L.Ed.2d 656 (1993) ("It has been the law for the better part of two centuries ... that a corporation may appear in the federal courts only

-1-

through licensed counsel. As the courts have recognized, the rationale for that rule applies equally to all artificial entities." (citations omitted)); *Doherty v. Am. Motors Corp.,* 728 F.2d 334, 340 (6th Cir.1984) (noting that "neither a corporate officer nor a shareholder may appear on behalf of the corporation").

Accordingly, Plaintiff's motion to strike the answers found at Doc. #8 and Doc #9 insofar as they pertain to corporate Defendants Jedburgh and CI Solar is GRANTED. These answers are not stricken, and shall remain in effect, as to individual Defendants Freeman and Toler.

Corporate Defendants Jedburgh and CI Solar are granted a period of 30 days from the date of this Order to obtain counsel and file answers to the complaint.

IT IS SO ORDERED.

                                                                      s/ R. Steven Whalen
                                                                      R. STEVEN WHALEN
                                                                       UNITED STATES MAGISTRATE JUDGE

Dated: June 9, 2014

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on June 9, 2014, electronically and/or by U.S. mail.

                                                                      s/Carolyn M. Ciesla
                                                                       Case Manager to the
                                                                       Honorable R. Steven Whalen