UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP STENGER,

    Plaintiff,

v.

    Case No. 14-CV-10999

    HON. MARK A. GOLDSMITH

DAVID FREEMAN, et al.,

    Defendants.

_____/

### ORDER (1) ACCEPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE DATED FEBRUARY 28, 2015 (Dkt. 56), (2) DENYING DEFENDANTS' MOTION TO DISMISS AND/OR TRANSFER VENUE (Dkt. 18) AS TO DEFENDANT FREEMAN, AND (3) STRIKING THE MOTION AS TO DEFENDANT JEDBURGH GROUP INTERNATIONAL, LLC

    This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge R. Steven Whalen, issued on February 28, 2015 (Dkt. 56).  In the R&R, the Magistrate Judge recommends denying Defendants' motion to dismiss and/or transfer venue (Dkt. 18) as to Defendant Freeman.  The Magistrate Judge also recommends striking the motion as to Defendant Jedburgh Group International, LLC.  The parties have not filed objections to the R&R, and the time to do so has expired.  See Fed. R. Civ. P. 72(b)(2).  The Court has reviewed the R&R and concludes that the Magistrate Judge has reached the proper conclusion for the proper reasons.  Therefore, the Court accepts the R&R.

    Accordingly, the Court denies Defendants' motion to dismiss and/or transfer venue (Dkt. 18) as to Defendant Freeman, and strikes the motion as to Defendant Jedburgh Group International, LLC.

    SO ORDERED.

Dated: March 17, 2015      s/Mark A. Goldsmith
    Detroit, Michigan      MARK A. GOLDSMITH
                                                     UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 17, 2015.

                                                s/Johnetta M. Curry-Williams
                                                JOHNETTA M. CURRY-WILLIAMS
                                                CASE MANAGER